ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 1:43 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00042-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 1:43:49 PM
CHRISTOPHER A. PRINE
Clerk

ONCOR ELECTRIC DELIVERY COMPANY, LLC,

*Appellant*,

*v.*

PUBLIC UTILITY COMMISSION OF TEXAS,

*Appellee*.

On Appeal from the
200th Judicial District Court, Travis County

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

In accordance with Texas Rule of Appellate Procedure 6.1(c), Appellee Public Utility Commission of Texas notifies the Court that Assistant Attorney General Brendan Fugere will serve as additional counsel for Appellee. Appellee respectfully requests that all communications be directed to counsel as follows:

Brendan Fugere
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-2995
Fax: (512) 474-2697
Brendan.Fugere@oag.texas.gov

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

AARON L. NIELSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

RANCE CRAFT
Deputy Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ Brendan Fugere
BRENDAN FUGERE
Assistant Solicitor General
State Bar No. 24143863
Brendan.Fugere@oag.texas.gov

Counsel for Appellee

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Brendan Fugere
Bar No. 24143863
toni.shah@oag.texas.gov
Envelope ID: 98152376
Filing Code Description: Other Document
Filing Description: Notice of Appearance  Fugere
Status as of 3/6/2025 1:49 PM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rance Craft | | rance.craft@oag.texas.gov | 3/6/2025 1:43:49 PM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 3/6/2025 1:43:49 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 3/6/2025 1:43:49 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 3/6/2025 1:43:49 PM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 3/6/2025 1:43:49 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 3/6/2025 1:43:49 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 3/6/2025 1:43:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth Page | | elizabethpage@huntonak.com | 3/6/2025 1:43:49 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 3/6/2025 1:43:49 PM | SENT |